UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-62255-Civ-Moore/Torres

COURTNEY W. THOMPSON,
on behalf of himself and
all others similarly situated,

    Plaintiff,
v.

MRS ASSOCIATES, INC.,
SAUL A. FREEDMAN, and
JEFFREY FREEDMAN,

    Defendants.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Courtney W. Thompson, submits this Notice of Pending Settlement and states that the parties have reached an informal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file a notice of dismissal with the Court within 20 days.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

Case 0:10-cv-62255-KMM   Document 39   Entered on FLSD Docket 07/06/2011   Page 2 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-62255-Civ-Moore/Torres

COURTNEY W. THOMPSON,
on behalf of himself and
all others similarly situated,

  Plaintiff,

v.

MRS ASSOCIATES, INC.,
SAUL A. FREEDMAN, and
JEFFREY FREEDMAN,

  Defendants.
_____/

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that on July 6, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

             s/Donald A. Yarbrough
             Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Dayle M. Van Hoose, Esq.
Sessions, Fishman, Nathan & Israel, LLC
Suite 195
3350 Buschwood Park Drive
Tampa, FL 33618
Telephone: 813-890-2463
Facsimile: 866-466-3140

Via Notices of Electronic Filing generated by CM/ECF